

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2015

No. 04-15-00345-CR

Enrique **MATA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-05-00028-CRL
Honorable Donna S. Rayes, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File the Brief has been GRANTED. Time is extended to October 14, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Marc S. Ledet                                      Justin A. Fischer
     Assistant District Attorney                        Law Office of Justin A. Fischer
     81st/218th Judicial District Of Texas              8000 IH-10W, Ste. 1500
     1327 3rd Street                                    San Antonio, TX 78230
     Floresville, TX 78026